IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                                Plaintiff,

  v.                                                     OPINION and ORDER

GREGORY P. ROBINSON, JR.,                        25-cr-11-jdp

                                Defendant.

---

Defendant Gregory P. Robinson, Jr. has filed a motion requesting copies of all his filings in this matter, Dkt. 54, and a motion to compel production of discovery materials, including search warrants that were issued from the Dane County Circuit Court, Dkt. 55.

Starting with Robinson's request for copies, he does not explain why he needs copies of his own filings in this case. Robinson should be making and keeping copies of all filings he sends to the court for his own records. If he is unable to use a copy machine, he can make and keep handwritten or typed copies of his filings. Because we are nearing trial, the court will GRANT this motion as a one-time courtesy and send him a copy of the docket along with copies of all his filings in this case to date. His filings have been docketed at dkts. 16, 19, 21, 27, 28, 38, 39, 41, 44, 46, 48, 54, 55, & 56. The court notes that Robinson's filings docketed at dkts. 27, 28, 38, 46, & 48 are written in a different handwriting than his other filings, but all are signed with his name. The court will discuss this matter with Robinson at the July 2, 2025 in-person pretrial conference. Going forward, if Robinson needs copies of court records, he may request copies from the clerk's office for a fee.

Turning to the motion to compel, Robinson asks me to compel the Dane County Clerk of Courts to produce time-stamped copies of the "phone pen warrant and search warrant"

issued in a Dane County criminal case. Dkt. 55 at 1. Robinson says he needs these documents to support his pretrial motions in this case. My report and recommendation denying Robinson's pretrial motions is currently under review by Judge Peterson, the presiding judge. Dkt. 45.

The court DENIES this request. The federal court system respects the sovereignty of state courts, meaning that this federal court cannot order the state court to produce the requested documents. *Cf. Levin v. Commerce Energy, Inc.*, 560 U.S. 413, 431 (2010) (comity ensures that the national government vindicates and protects federal rights and interests in ways that do not unduly interfere with the legitimate activities of the states). Robinson may request a Dane County Circuit Court record from the Dane County Clerk of Courts.

Robinson should also review his discovery from the government for copies of these documents. The government's summary of the discovery it has produced to date indicates that it produced signed copies of the pen warrant, the motel room search warrant, and a cell phone warrant on February 14, 2025. Dkt. 60. If Robinson believes that he is missing discovery, he should ask to confer with the attorney for the government.

ORDER

IT IS ORDERED that:

1. Defendant Gregory P. Robinson, Jr.'s request for copies of filings, Dkt. 54, is GRANTED. The court will send him with this order a copy of the docket for his review along with copies of all of his filings to date. Going forward, Robinson may request copies of court records for a fee from the clerk's office.

2. Defendant's motion to compel, Dkt. 55, is DENIED.

Entered June 13, 2025.

                              BY THE COURT:

                              /s/
                              _____
                              ANITA MARIE BOOR
                              Magistrate Judge