IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                      Plaintiff,

  v.

GREGORY P. ROBINSON JR.,

                      Defendant.

ORDER

25-cr-11-jdp

---

      On June 11, 2025, Magistrate Judge Boor granted defendant Gregory Robinson's motion to subpoena Nicole R. Jackson, aka Nicole Renee Robinson, who is believed to be detained at the Dane County Jail. Dkt. 59. At yesterday's final pretrial hearing Robinson confirmed that he intends to call Nicole Robinson as a defense witness.

      The clerk of court is directed to issue a writ of habeas corpus ad testificandum for Nicole R. Jackson, aka Nicole Renee Robinson, to appear at the United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703, commencing on July 15, 2025, at 2:00 PM.

      Entered July 10, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge