IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

            Plaintiff,

v.

GREGORY P. ROBINSON JR.,

            Defendant.

MEMORANDUM

25-cr-11-jdp

---

Drafts of the posttrial and forfeiture jury instructions and verdict forms are attached.

Entered July 15, 2025.

            BY THE COURT:

            /s/

            _____
            JAMES D. PETERSON
            District Judge